### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| NIRAVKUMAR H. PATEL, | : | Case No. 1:26-cv-285 |
| | : | |
| *Petitioner*, | : | |
| | : | |
| vs. | : | Judge Jeffery P. Hopkins |
| | : | Chief Magistrate Judge Stephanie K. |
| | : | Bowman |
| KEVIN RAYCRAFT, Detroit Field Office | : | |
| Director of U.S. Department of Homeland | : | |
| Security, *et al.*, | : | |
| | : | |
| *Respondents*. | : | |
| | : | |

## ORDER

Petitioner Niravkumar H. Patel brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Patel from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at

---

[1]  The Court's directive applies with equal force to any individual, group, or entity working in concert with or on behalf of Respondents.

john.stark@usdoj.gov; and (2) promptly note proof of such service on the docket. The Clerk

is further **DIRECTED** to (2) promptly note proof of such service on the docket.

Counsel for Respondent shall promptly file a notice of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed

scheduling order no later than March 27, 2026.


**IT IS SO ORDERED.**

March 19, 2026 _____

Jeffery P. Hopkins
United States District Judge

2