**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **NIRAVKUMAR H. PATEL,** | : | **Case No. 1:26-cv-285** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **District Judge Jeffery P. Hopkins** |
| | : | |
| **KEVIN RAYCRAFT,** *et al.***,** | : | **Chief Magistrate Judge Stephanie K. Bowman** |
| | : | |
| **Respondents.** | : | |
| | : | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 4). They have now done so. (Doc. 6). Based on that joint proposal, the Court **SETS** the following case schedule:

- Respondents' Return of Writ Due:          April 3, 2026
- Patel's Reply Due:          April 7, 2026.

**IT IS SO ORDERED.**

Date:  March 30, 2026

*s/Stephanie K. Bowman*
STEPHANIE K. BOWMAN
United States Chief Magistrate Judge